UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

In re:                                                    Chapter 11

JW REALTY HOLDINGS LLC

                                                          Case No.

                         Debtor.

------------------------------------- x

### AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK        )
                         )
COUNTY OF ROCKLAND ) SS:

Yitzchok  Weiner,  being duly sworn, affirms and says:


   I am the sole and managing member of  JW REALTY HOLDINGS LLC

the above captioned Chapter 11 debtor and I make this affidavit pursuant to Local Rule

1007-2.

    1.     The Debtor owns a vacant parcel of land located at and known as 253

County Rt 105, Woodbury NY  block 1 lots 26.13  and 26.14 (the "Property"). The genesis

of the Debtor's financial difficulties coincided with a dispute with an alleged lender.  Ther

Property has significant equity. The Debtor is currently appealing a ruling in State Court

in the Foreclosure action. The Petition was filed prior to a scheduled foreclosure auction

sale scheduled for July 18, 2024.

    2.     The case was originally commenced under Chapter 11.

    3.     No committee was organized prior to the order for relief in this Chapter 11

case.

4.      With respect to the holders of the 20 unsecured claims, a list of each of those creditors, along with the names and addresses, as well as indication of whether the claim is contingent, liquidated or partially secured is as follows:

Mark Nussbaum, 225 Broadway New York NY 10007;  350,000.00;

Joseph Mendlowitz 29 S 10th Street Brooklynn NY 11204 - $500,000.00.

5.      With respect to each of the holders of the five largest secured claims, Debtor states that the following may possibly be holders of secured claims:

Golden Leaves Management NY LLC
c/o Berg & David Pllc
372 Doughty Blvd, Inwood NY 11096  disputed 280,000 (Est).

6.      A summary of the Debtor's assets and liabilities; Debtor's assets which consist of a vacant parcel of property in Monroe NY $1,100,000 est.; liabilities equal approximately $1,000,000.00.

7.      The Debtor is not publicly held. The Debtor is a one-member limited liability company whose membership interests are owned by Yitzchok Weiner whose address is 18 Prag Blvd. Monroe NY 10950.

8.      The Debtor's property is scheduled to be sold at auction.

9.       The Debtor's sole asset is  a vacant tract of land at253 County Rt 105, Woodbury NY  block 1 lots 26.13  and 26.14. The Debtor operates its business from its offices at 18 Prag Blvd. Monroe, NY 10950.

10.      The Debtor's substantial assets is the Property. The Debtor has no assets held outside the territorial limits of the U.S.

11.   The Debtor is currently involved in litigation with Golden Leaves Management NY LLC, an alleged lender with regard to monies owed under certain loan documents.

12.     The Debtor is operated by Yitzchok Weiner who has been the (only) member of the Debtor since its inception.

13.     The Debtor intends to continue operating the business following the entry of the order for relief in this bankruptcy case.

(i) The estimated amount of the weekly payroll to employees (exclusive of its members) for the 30-day period following the filing of the Chapter 11 petition is $0.

(ii) The amount paid and proposed to be paid for services to the Debtor's insiders/members for the 30-day period following the filing of the Chapter 11 petition is $0.

(iii) Estimated cash receipt for the 30-day period following the filing of the Chapter 11 petition is $0.

s/Yitzchok Weiner

Sworn to before me this
12th Day of   July 2024

s/ TED MOZES